IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMY TODD KIRKSEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81057

FILED

MAY 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition seeks a writ directing the district court to enter an order correcting petitioner's conviction from first-degree murder to manslaughter or prohibiting the district court from conducting a new penalty hearing based on his alleged incompetence.

Problematically, petitioner has not provided this court with all of the exhibits or documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-18337

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we deny the petition.

It is so ORDERED.

_____ , C.J.
Pickering

_____ , J.
Hardesty

_____ , J.
Stiglich

cc:   Jimmy Todd Kirksey
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk